# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
TERRY CALHOUN § Case No. 1:13-48933-ABG
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/26/2013 . The undersigned trustee was appointed on 12/26/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    79,579.31

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 33,950.08 |
   | Bank service fees | 240.20 |
   | Other payments to creditors | 23,371.07 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 11,129.08 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 10,888.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 04/09/2015 and the deadline for filing governmental claims was 04/09/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,672.51 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,672.51 , for a total compensation of $ 6,672.51 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/30/2017    By: /s/N. Neville Reid, Trustee
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-48933 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TERRY CALHOUN | | | | Date Filed (f) or Converted (c): | 12/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 10/30/2017 | | | | Claims Bar Date: | 04/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - DEBTOR'S RESIDENCE  Single Family-Home 1245 Heather Hill Crescent Flossmoore, IL 60422 (Primary Residence) | 117,068.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - PARK FOREST PROP.  Single-Family Home 336 Early St. Park Forest, IL 60466 (Property is not habitable) Surrendering | 45,327.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT  Checking Account Chase Bank Homewood, IL | 49.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS  Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES - JACKSON NATIONAL LIFE  Insurance Policies Jackson National Life Insurance Company (No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES - WILTON REASSURANCE LIFE  Insurance Policies Wilton Reassurance Life Company of New York (Death Benefit Only-No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES - AAA LIFE INSURANCE  Insurancy Policy AAA Life Insurance Company (Death Benefit Only-No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-48933 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TERRY CALHOUN | | | | Date Filed (f) or Converted (c): | 12/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 10/30/2017 | | | | Claims Bar Date: | 04/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. INSURANCE POLICIES - RIVERSOURCE LIFE  Insurance Policy RiverSource Life Insurance Company (No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |
| 10. VEHICLE - DODGE DURANGO  Automobile 2005 Dodge Durango Mileage: 150,000 (Inoperable) | 1,982.00 | 0.00 | | 0.00 | FA |
| 11. VEHICLE - MERCEDES-BENZ (u)  Automobile 2005 Mercedes-Benz C Class C320 AWD with 55,000 miles. Value based on NADA. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury Claim (u) | Unknown | Unknown | | 79,285.71 | FA |
| 13. Refund from Medicare overpayment (u) | 0.00 | 293.00 | | 293.60 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                  $175,426.00          $293.00                                $79,579.31           $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status August 2017: Preparing Final Report.

Case Status April 2017: Debtor's counsel notified trustee in late 2016 of debtor's potential recovery of PI settlement proceeds that were not disclosed on his petition.  Trustee eventually negotiated allocation of settlement proceeds with debtor and obtained court approval for settlement.  Trustee thereafter received notice from debtor's PI counsel that Medicare, which had previously claimed a share of the proceeds, had waived its lien.  Trustee is in the process of confirming Medicare lien waiver, after which Trustee will make distributions of settlement proceeds.

Case Status March 28, 2016: Determining net value of unscheduled personal injury claim after deducting for legal fees and Medicare liens.

 Case status April 2015:  Marketing investment property and negotiating property settlement with estranged spouse.  Property sale and settlement likely to be consummated by December 31, 2015.

Initial Projected Date of Final Report (TFR): 12/31/2015         Current Projected Date of Final Report (TFR): 04/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-48933 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: TERRY CALHOUN | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0786 |
| | | Checking |
| Taxpayer ID No: XX-XXX3408 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 10/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/17 | 12 | Novartis Pharmaceuticals Corporation | Settlement Proceeds | 1242-000 | $79,285.71 | | $79,285.71 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.40 | $79,274.31 |
| 04/26/17 | 101 | Beard and Arsenault Wesley Gralapp Neblett<br>2220 Bonaventure Ct.<br>Alexandria, LA 71301 | Per [Dkt.79] Order Authorizing and Approving Payment of Trustee's Special Co-Counsel dated 04/12/17 | 3210-000 | | $16,975.04 | $62,299.27 |
| 04/26/17 | 102 | Carrie Tagney, Parker Waichman LLP<br>59 Maiden Lane 6th Floor<br>New York, New York 10038 | Per [Dkt. 79] Order Authorizing and Approving Payment of Trustee's Special Co-Counsel dated 04/12/17 | 3210-000 | | $16,975.04 | $45,324.23 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.03 | $45,210.20 |
| 05/17/17 | 103 | Medicare<br>Raster Masters - BCRC<br>7608 N. Hudson Ave.<br>Oklahoma City, OK 73116 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17 | 4210-000 | | $23,371.07 | $21,839.13 |
| 05/23/17 | 104 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17 Reversal<br>Incorrect amount payable to T. Calhoun. | 8100-000 | | ($11,129.09) | $32,968.22 |
| 05/23/17 | 104 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17 | 8100-000 | | $11,129.09 | $21,839.13 |
| 05/26/17 | 105 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17<br>Check for the remaining balance of $146.80 (to total $11,129.08) will be sent separately upon receipt of refund check from Medicare of $293.60. | 8100-002 | | $10,982.28 | $10,856.85 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: $79,285.71 | $68,428.86 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-48933 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: TERRY CALHOUN | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0786 |
| | | Checking |
| Taxpayer ID No: XX-XXX3408 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 10/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.87 | $10,773.98 |
| 06/14/17 | 13 | BCRC<br>775 Woodlands Parkway<br>Ridgeland, MS 39157 | Refund of overpayment to Medicare | 1290-000 | $293.60 | | $11,067.58 |
| 06/14/17 | 106 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt. 77] Order Approving Settlement Agreements dated 03/08/17 Initial check to Terry Calhoun (Check #105 was cut on 5/26/17 in the amount of $10,982.28. Refund check from Medicare was received in the amount of $293.60 allowing us to pay remaining balance to Terry Calhoun Total payout = $11,129.08. | 8100-002 | | $146.80 | $10,920.78 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.68 | $10,905.10 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.22 | $10,888.88 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $79,579.31 | $68,690.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $79,579.31 | $68,690.43 |
| Less: Payments to Debtors | $0.00 | $11,129.08 |
| Net | $79,579.31 | $57,561.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $293.60          $261.57

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0786 - Checking | $79,579.31 | $57,561.35 | $10,888.88 |
|  | $79,579.31 | $57,561.35 | $10,888.88 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $79,579.31 |
| Total Gross Receipts: | $79,579.31 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-48933-ABG
Debtor Name: TERRY CALHOUN
Claims Bar Date: 4/9/2015

Date: October 30, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| Admin 2 99 3120 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $110.61 | $110.61 | $110.61 |
| 99 8100 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Administrative | | $0.00 | $11,129.08 | $11,129.08 |
| 100 2100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $6,672.51 | $6,672.51 |
| Admin 1 100 3110 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $21,666.00 | $21,666.00 |
| 100 3210 | Beard and Arsenault Wesley Gralapp Neblett<br>2220 Bonaventure Ct.<br>Alexandria, LA 71301 | Administrative | | $0.00 | $16,975.04 | $16,975.04 |
| 100 3210 | Carrie Tagney, Parker Waichman LLP<br>59 Maiden Lane 6th Floor<br>New York, New York 10038 | Administrative | | $0.00 | $16,975.04 | $16,975.04 |
| 3 100 5100 | Tina Calhoun<br>c/o Morrison & Mix<br>120 N. LaSalle<br>Suite 2750<br>Chicago, IL 60602 | Priority | Reimbursement, support & TBD marital estate | $0.00 | $135,000.00 | $135,000.00 |
| 2 280 5800 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | 2008 and 2009 priority taxes | $0.00 | $117,230.00 | $117,230.00 |
| 1 300 7100 | Pathology Consultants, Inc<br>c/o Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | Medical services rendered | $0.00 | $65.50 | $65.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-48933-ABG  
Debtor Name: TERRY CALHOUN  
Claims Bar Date: 4/9/2015  

Date: October 30, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400<br>4210 | Medicare<br>Raster Masters - BCRC<br>7608 N. Hudson Ave.<br>Oklahoma City, OK 73116 | Secured | | $0.00 | $23,371.07 | $23,371.07 |
| | Case Totals | | | $110.61 | $349,194.85 | $349,194.85 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:13-48933-ABG
Case Name: TERRY CALHOUN
Trustee Name: N. Neville Reid, Trustee

Balance on hand $ 10,888.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Medicare | $ 23,371.07 | $ 23,371.07 | $ 23,371.07 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 10,888.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 6,672.51 | $ 0.00 | $ 6,672.51 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 21,666.00 | $ 0.00 | $ 3,105.76 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 110.61 | $ 0.00 | $ 110.61 |
| Other: Beard and Arsenault Wesley Gralapp Neblett | $ 16,975.04 | $ 16,975.04 | $ 0.00 |
| Other: Carrie Tagney, Parker Waichman LLP | $ 16,975.04 | $ 16,975.04 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 9,888.88

Remaining Balance $ 1,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 252,230.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Tina Calhoun | $ 135,000.00 | $ 0.00 | $ 1,000.00 |
| 2 | INTERNAL REVENUE SERVICE | $ 117,230.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          1,000.00

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pathology Consultants, Inc | $ 65.50 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE