# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-48933 |
| TERRY CALHOUN, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **November 3, 2017**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 90]; **Trustee's Application for Compensation and Expenses** [Dkt. 89]; and the **First and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim for Compensation and Reimbursement of Expenses for the Period March 9, 2016 Through August 10, 2017; and (II) Authorizing Payment of Unpaid Fees and Expenses** [Dkt. 88], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov


Deadra F. Woods Stokes on behalf of Debtor Terry Calhoun
dwslawpc@gmail.com


Ann M Erickson – representing Tina R. Calhoun
aerickson@morrisonandmix.com


Heather M Giannino on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH1
bankruptcy@hsbattys.com, bankruptcy@hsbattys.com


Douglas K. Morrison – representing Tina R. Calhoun
dkmorrison@morrisonandmix.com


Wesley J. Gralapp – Class Counsel for Debtor
wgralapp@nbalawfirm.com



**Party to receive notice via postage-prepaid first class U.S. mail:**

TERRY CALHOUN
1245 HEATHER HILL CRESCENT
FLOSSMOOR, IL  60422


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

2

Pathology Consultants, Inc.
c/o Komyatte & Casbon, P.C.
9650 Gordon Drive
Highland, IN 46322-2909


Tina R. Calhoun
JP Morgan Chase Bank, N.A.
131 S. Dearborn, 3rd Floor
Chicago, IL 60603-5571


Tina Calhoun
c/o Morrison & Mix
120 N. LaSalle St.
Suite 2750
Chicago, IL 60602