# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TERRY CALHOUN | § | Case No. 1:13-48933-ABG |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 172,395.00                    Assets Exempt: 3,031.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 24,371.07     Claims Discharged
                                                 Without Payment: 752,503.50

Total Expenses of Administration: 44,079.16

---

3) Total gross receipts of $ 79,579.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 11,129.08 (see **Exhibit 2**), yielded net receipts of $ 68,450.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 431,237.00 | $ 23,371.07 | $ 23,371.07 | $ 23,371.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 62,639.40 | 62,639.40 | 44,079.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 117,230.00 | 252,230.00 | 252,230.00 | 1,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,036.00 | 65.50 | 65.50 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 618,503.00 | $ 338,305.97 | $ 338,305.97 | $ 68,450.23 |

4) This case was originally filed under chapter 7 on 12/26/2013. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2018      By: /s/N. Neville Reid, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim | 1242-000 | 79,285.71 |
| Refund from Medicare overpayment | 1290-000 | 293.60 |
| **TOTAL GROSS RECEIPTS** | | **$ 79,579.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Calhoun, Terry | Exemptions | 8100-002 | 11,129.08 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 11,129.08** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 24696 Columbus, OH 43224 | | 381,111.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr. Orlando, FL 32826 | | 50,126.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medicare | 4210-000 | NA | 23,371.07 | 23,371.07 | 23,371.07 |
| **TOTAL SECURED CLAIMS** | | | $ 431,237.00 | $ 23,371.07 | $ 23,371.07 | $ 23,371.07 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 6,672.51 | 6,672.51 | 6,672.51 |
| Associated Bank | 2600-000 | NA | 240.20 | 240.20 | 240.20 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 21,666.00 | 21,666.00 | 3,105.76 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 110.61 | 110.61 | 110.61 |
| Beard and Arsenault Wesley Gralapp Neblett | 3210-000 | NA | 16,975.04 | 16,975.04 | 16,975.04 |
| Carrie Tagney, Parker Waichman LLP | 3210-000 | NA | 16,975.04 | 16,975.04 | 16,975.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 62,639.40 | $ 62,639.40 | $ 44,079.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Tina Calhoun | 5100-000 | NA | 135,000.00 | 135,000.00 | 1,000.00 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | 117,230.00 | 117,230.00 | 117,230.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 117,230.00 | $ 252,230.00 | $ 252,230.00 | $ 1,000.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Financial Cre 10333 N Meridian St., Ste Indianapolis, IN 46290 | | 2,507.00 | NA | NA | 0.00 |
| | American Financial Cre 10333 N. Meridian St., Ste Indianapolis, IN 46290 | | 428.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Contract Callers Inc 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | 923.00 | NA | NA | 0.00 |
| | Dept. of Education/Neln P.O. Box 173904 Denver, CO 80217 | | 53,000.00 | NA | NA | 0.00 |
| | Harvard Collection 4839 N. Elston Chicago, IL 60630 | | 542.00 | NA | NA | 0.00 |
| | Lester Barclay, Esq. Barclay Law Group, P.C. 39 S. LaSalle St., Ste 900 Chicago, IL 60603 | | 6,500.00 | NA | NA | 0.00 |
| | MCI 500 Technology Dr., Ste 30 Weldon Spring, MO 63304 | | 359.00 | NA | NA | 0.00 |
| | MCSI Inc. P.O. Box 327 Palos Heights, IL 60463 | | 50.00 | NA | NA | 0.00 |
| | MCSI Inc. P.O. Box 327 Palos Heights, IL 60463 | | 400.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr., Ste 200 San Diego, CA 92123 | | 2,646.00 | NA | NA | 0.00 |
| | Miramedrg 991 Oak Creek Dr. Lombard, IL 60148 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stuart Allan & Assoc 5447 E 5th St., Ste 110 Tucson, AZ 85711 | | 1,566.00 | NA | NA | 0.00 |
| | Village of Park Forest 350 Victory Drive Park Forest, IL 60466 | | 800.00 | NA | NA | 0.00 |
| 1 | Pathology Consultants, Inc | 7100-000 | 65.00 | 65.50 | 65.50 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 70,036.00 | $ 65.50 | $ 65.50 | $ 0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 13-48933 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TERRY CALHOUN | | | | Date Filed (f) or Converted (c): | 12/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 01/02/2018 | | | | Claims Bar Date: | 04/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - DEBTOR'S RESIDENCE  Single Family-Home 1245 Heather Hill Crescent Flossmoore, IL 60422 (Primary Residence) | 117,068.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - PARK FOREST PROP.  Single-Family Home 336 Early St. Park Forest, IL 60466 (Property is not habitable) Surrendering | 45,327.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT  Checking Account Chase Bank Homewood, IL | 49.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS  Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES - JACKSON NATIONAL LIFE  Insurance Policies Jackson National Life Insurance Company (No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES - WILTON REASSURANCE LIFE  Insurance Policies Wilton Reassurance Life Company of New York (Death Benefit Only-No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES - AAA LIFE INSURANCE  Insurancy Policy AAA Life Insurance Company (Death Benefit Only-No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-48933 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TERRY CALHOUN | | | | Date Filed (f) or Converted (c): | 12/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 01/02/2018 | | | | Claims Bar Date: | 04/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. INSURANCE POLICIES - RIVERSOURCE LIFE<br><br>Insurance Policy RiverSource Life Insurance Company (No Cash Value) | 0.00 | 0.00 | | 0.00 | FA |
| 10. VEHICLE - DODGE DURANGO<br><br>Automobile 2005 Dodge Durango Mileage: 150,000 (Inoperable) | 1,982.00 | 0.00 | | 0.00 | FA |
| 11. VEHICLE - MERCEDES-BENZ (u)<br><br>Automobile 2005 Mercedes-Benz C Class C320 AWD with 55,000 miles. Value based on NADA. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury Claim (u) | Unknown | Unknown | | 79,285.71 | FA |
| 13. Refund from Medicare overpayment (u) | 0.00 | 293.00 | | 293.60 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $175,426.00   $293.00   $79,579.31   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case Status August 2017: Preparing Final Report.

Case Status April 2017: Debtor's counsel notified trustee in late 2016 of debtor's potential recovery of PI settlement proceeds that were not disclosed on his petition. Trustee eventually negotiated allocation of settlement proceeds with debtor and obtained court approval for settlement. Trustee thereafter received notice from debtor's PI counsel that Medicare, which had previously claimed a share of the proceeds, had waived its lien. Trustee is in the process of confirming Medicare lien waiver, after which Trustee will make distributions of settlement proceeds.

Case Status March 28, 2016: Determining net value of unscheduled personal injury claim after deducting for legal fees and Medicare liens.

 Case status April 2015:  Marketing investment property and negotiating property settlement with estranged spouse.  Property sale and settlement likely to be consummated by December 31, 2015.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 04/30/2017

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-48933 | Trustee Name: | N. Neville Reid, Trustee | |
| Case Name: | TERRY CALHOUN | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX0786 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3408 | Blanket Bond (per case limit): | $54,824,000.00 | |
| For Period Ending: | 01/02/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/17 | 12 | Novartis Pharmaceuticals Corporation | Settlement Proceeds | 1242-000 | $79,285.71 | | $79,285.71 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.40 | $79,274.31 |
| 04/26/17 | 101 | Beard and Arsenault Wesley Gralapp Neblett<br>2220 Bonaventure Ct.<br>Alexandria, LA 71301 | Per [Dkt.79] Order Authorizing and Approving Payment of Trustee's Special Co-Counsel dated 04/12/17 | 3210-000 | | $16,975.04 | $62,299.27 |
| 04/26/17 | 102 | Carrie Tagney, Parker Waichman LLP<br>59 Maiden Lane 6th Floor<br>New York, New York 10038 | Per [Dkt. 79] Order Authorizing and Approving Payment of Trustee's Special Co-Counsel dated 04/12/17 | 3210-000 | | $16,975.04 | $45,324.23 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.03 | $45,210.20 |
| 05/17/17 | 103 | Medicare<br>Raster Masters - BCRC<br>7608 N. Hudson Ave.<br>Oklahoma City, OK 73116 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17 | 4210-000 | | $23,371.07 | $21,839.13 |
| 05/23/17 | 104 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17 Reversal<br>Incorrect amount payable to T. Calhoun. | 8100-000 | | ($11,129.09) | $32,968.22 |
| 05/23/17 | 104 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17 | 8100-000 | | $11,129.09 | $21,839.13 |
| 05/26/17 | 105 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt.77] Order Approving Settlement Agreements dated 03/08/17<br>Check for the remaining balance of $146.80 (to total $11,129.08) will be sent separately upon receipt of refund check from Medicare of $293.60. | 8100-002 | | $10,982.28 | $10,856.85 |

Page Subtotals: $79,285.71   $68,428.86

UST Form 101-7-TDR (10/1/2010) (Page: 11)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-48933 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: TERRY CALHOUN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0786 |
| | Checking |
| Taxpayer ID No: XX-XXX3408 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 01/02/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.87 | $10,773.98 |
| 06/14/17 | 13 | BCRC<br>775 Woodlands Parkway<br>Ridgeland, MS 39157 | Refund of overpayment to Medicare | 1290-000 | $293.60 | | $11,067.58 |
| 06/14/17 | 106 | Terry Calhoun<br>2030 South State Street<br>Unit 301<br>Chicago, IL 60616 | Per [Dkt. 77] Order Approving Settlement Agreements dated 03/08/17 Initial check to Terry Calhoun (Check #105 was cut on 5/26/17 in the amount of $10,982.28. Refund check from Medicare was received in the amount of $293.60 allowing us to pay remaining balance to Terry Calhoun Total payout = $11,129.08. | 8100-002 | | $146.80 | $10,920.78 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.68 | $10,905.10 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.22 | $10,888.88 |
| 11/29/17 | 107 | N. Neville Reid<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Per [Dkt. 92] Order Awarding Compensation and Expenses dated 11/27/17 (final distribution) | 2100-000 | | $6,672.51 | $4,216.37 |
| 11/29/17 | 108 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Per [Dkt. 93] Order dated 11/27/17 Granting 1st and Final Fee Application of FSLC for payment of compensation for period from 03/09/16 - 08/10/17 (final distribution) | 3110-000 | | $3,105.76 | $1,110.61 |
| 11/29/17 | 109 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Per [Dkt. 93] Order dated 11/27/17 Granting 1st and Final Fee Application of FSLC for reimbursement of expenses for period from 03/09/16 - 08/10/17 (final distribution) | 3120-000 | | $110.61 | $1,000.00 |
| | | | Page Subtotals: | | $293.60 | $10,150.45 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-48933 | Trustee Name: | N. Neville Reid, Trustee | |
| Case Name: | TERRY CALHOUN | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX0786 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3408 | Blanket Bond (per case limit): | $54,824,000.00 | |
| For Period Ending: | 01/02/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/17 | 110 | Calhoun, Tina<br>c/o Morrison & Mix<br>120 N. LaSalle<br>Suite 2750<br>Chicago, IL 60602 | Final distribution per Dkt. 87 | 5100-000 | | $1,000.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $79,579.31 | $79,579.31 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $79,579.31 | $79,579.31 |
| Less: Payments to Debtors | $0.00 | $11,129.08 |
| Net | $79,579.31 | $68,450.23 |

Page Subtotals: $0.00 $1,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0786 - Checking | $79,579.31 | $68,450.23 | $0.00 |
|  | $79,579.31 | $68,450.23 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $79,579.31 |
| Total Gross Receipts: | $79,579.31 |

Page Subtotals: $0.00 $0.00